# EXHIBIT A



OPC.CV.6306070
PD

# CITATION

**SCOTT SMITH KING**

**VS**

**PETSMART, INC.**

**DOCKET NUMBER: C-20210006**
**SEC: C5**
**STATE OF LOUISIANA**
**PARISH OF OUACHITA**
**FOURTH JUDICIAL DISTRICT COURT**

**ST. TAMMANY PARISH**

TO:
PETSMART, INC.
(CORPORATE CREATIONS NETWORK INC.)
(AGENT OF SERVICE)
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE, LA 70471

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JANUARY 5, 2021.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

PAYTON DEA

By:_____
Deputy Clerk

A TRUE COPY

FILED BY: DOUGLAS L. BRYAN #20722

_____ **ORIGINAL**

___✓___ **SERVICE COPY**

___✓___ **FILE COPY**

CIVIL SUIT NO. 21-0006

| | |
|---|---|
| **SCOTT SMITH KING** | **4TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **PARISH OF OUACHITA** |
| **PETSMART, INC.** | **STATE OF LOUISIANA** |

FILED

JAN 04 2021

PAYTON DEA
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

## PETITION FOR DAMAGES

The petition of **SCOTT SMITH KING**, a person of the full age of majority and a domiciliary and resident of Ventura County, State of California, respectfully represents as follows:

**1.**

Made defendant herein is:

**PETSMART, INC., a foreign corporation authorized to do business in the state of Louisiana, who may served through the agent of service, Corporate Creations Network Inc., 1070-B West Causeway Approach, Mandeville, LA 70471**

**2.**

Defendant is truly, fully, and legally indebted unto petitioner, **SCOTT SMITH KING**, for all damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, all as a result of property damage and injuries caused by and arising out of an incident that occurred on or about January 8, 2020, at the **PETSMART, INC.**, store located at 4429 Pecanland Mall Drive, Monroe, LA 71201, all within this Honorable Court's jurisdiction and as will hereinafter be particularized and shown at the trial of this cause.

**3.**

On or about January 9, 2020, Petitioner, **SCOTT SMITH KING**, was a patron and invitee of the **PETSMART, INC** store, located at 4429 Pecanland Mall Drive, Monroe, LA 71201.

4.

On the same date and time, plaintiff, **SCOTT SMITH KING**, was leaving the **PETSMART, INC.** store, when his left foot became entangled under curled up corner of the carpet mat placed in front of the entrance and exit doors located in front of the store.

5.

At the same time, due to the defective condition of the carpeted door mat, as **SCOTT SMITH KING**'s foot became caught under the carpet mat, he fell forward onto his knees, with his head and right shoulder striking the automatic door prior to the doors opening.

6.

Petitioner avers that he had no advance opportunity to avoid the accident and resulting injuries, and was not comparatively or contributorily at fault in any way in causing the accident and her resulting injuries and damages.

7.

Defendant, **PETSMART, INC.,** is the owner and custodian of the **PETSMART, INC.**, located in Ouachita Parish, Monroe, State of Louisiana Louisiana where petitioner's accident occurred.

8.

Defendant, **PETSMART, INC.,** is the owner and custodian of the door mat made the subject of this litigation that was used at the **PETSMART, INC.**, located in Ouachita Parish, Monroe, State of Louisiana Louisiana own the date that petitioner's accident occurred.

9.

Defendant, **PETSMART, INC.,** had use, control, and garde of the door mat made the subject of this litigation that was used at the **PETSMART, INC.**, located in Ouachita Parish, Monroe, State of Louisiana Louisiana own the date that petitioner's accident occurred.

10.

The accident and resulting injuries and damages were caused by the fault, negligence, and/or strict liability of the defendant in the following non-exclusive particulars:

A. Providing an unsafe and dangerous environment to its visitors;

B. Failure to maintain the premises;

C. Having advance notice of a dangerous hazard and/or defect and failing to take action to correct same after having adequate time and opportunity to do so;

D. Failure to provide warning to patrons and invitees of a defective condition in the premises;

E. Failure to exercise responsible and prudent care under the circumstances;

F. Using a defective and unsafe floor mat;

G. Failure to do what they should have done to avoid this incident; and

H. Other acts of fault, negligence, and/or strict liability which will be proven at trial.

11.

As a result of the above-described accident, petitioner, **SCOTT SMITH KING**, sustained the following, among other injuries:

A. Injuries to his forehead, right shoulder and knees;

B. Bruises, contusions, and other injuries to other parts of the body, and

C. Traumatic anxiety neurosis

12.

As a result of the above described accident, petitioner, **SCOTT SMITH KING**, sustained the following, among other damages:

A. Physical pain and suffering (past, present and future):

B. Mental pain and anguish (past, present and future);

C. Medical expenses (past, present and future);

D. Loss of enjoyment of life (past, present and future);

E. Physical disability and limitation of activities, hobbies, and endeavors;

F. Travel expense to attend appointments with health care providers;

G. Loss of earnings and earnings capacity (past, present and future); and

H. Interest and costs

### 13.

Plaintiff avers that this incident and the damages caused therefrom were caused solely and proximately by the negligence, fault, and recklessness of defendant.

**WHEREFORE**, petitioner, **SCOTT SMITH KING**, prays that:

A. Defendant, the **PETSMART, INC.**, be served with a copy of this petition and duly cited to appear and answer same;

B. That after due proceedings are had, there be judgment in favor of petitioner, **SCOTT SMITH KING** and against the defendant, **PETSMART, INC.** for such damages as are reasonable in the premises together with the maximum rate of legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings; and

C. For all full, general, and equitable relief to which petitioner may be entitled.

**RESPECTFULLY SUBMITTED:**

**THE BRYAN LAW FIRM, L.L.C.**

_____
**DOUGLAS L. BRYAN (#20722)**
**419 SOUTH PRESTON STREET**
**POST OFFICE BOX 707**
**MARKSVILLE, LA 71351**
**TELEPHONE: (318) 240-8282**
**ATTORNEY FOR SCOTT SMITH KING**

**PLEASE SERVE:**

**PETSMART, INC.**, through its agent of service, Corporate Creations Network INC., 1070-B West Causeway Approach, Mandeville, LA 70471

JAN 1 2 2020